IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 09-04475 (SEK) |
|---|---|
| VICTOR J. MAYSONET ROSADO<br>VIVIAN M. PEREZ QUILES<br>DEBTOR(S) | CHAPTER 13 |

**INFORMATIVE MOTION
(AMENDED SCHEDULES B AND C)**

**TO THE HONORABLE COURT:**

Here come(s) Debtor(s), represented by the undersigned attorney, and represents as follows:

1. Debtor(s) inform(s) of the filing of **Amended Schedules B & C** pursuant to Rule 1009, in order to:

   ***a. Disclose domestic support obligation owed to spouse's daughter and claim exemption.***

   ***b. To adjust the exemption claimed over the certificate of deposit due to the lien for the***

**WHEREFORE** applicant(s) pray(s) from this Honorable Court to take notice of the amended schedules.

**RESPECTFULLY SUBMITTED.**

**WHEREFORE,** the petitioning Creditor pray(s) from this Honorable Court to take notice of the aforementioned and allow the filing of the documents attached hereto.

**NOTICE:** Within ten (10) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice

requires otherwise.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which will send a notification of such filing to all CM/ECF participants in this case, including: ALEJANDRO OLIVBERAS RIVERA, Chapter 13Trustee, and to MONSITA LECAROZ ARRIBAS, Assistant U.S. Trustee. I hereby certify that I mailed this document by First Class Mail postage prepaid to the non CM/ECF participants included in the attached master address list.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, August 10, 2009.

S/JOSE L. JIMENEZ QUIÑONES
José L. Jiménez Quiñones, Esq.
USDCPR 203808
268 AVE. PONCE DE LEON
Suite 1118
San Juan, P.R. 00918-2007
TEL: 787-282-9009
FAX: 1 (866) 326-9416 & 787-282-2009
jljimenez11@gmail.com

B6B (Official Form 6B) (12/07)

IN RE MAYSONET ROSADO, VICTOR J. & PEREZ QUILES, VIVIAN M.     Case No. 09-04475
                           Debtor(s)                                        (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BPPR ACCOUNT xxxxx40460 (CLOSED) BPPR ACCOUNT xxxxx4852 (HUSBAND'S) $1,000. DORAL BANK ACCOUNTxxxxxx1755 (WILFE'S) $116. | J | 1,116.00 |
| | | CERTIFICATE OF DEPOSIT. THESE FUNDS ARE TO BE USED FOR WIFE'S HEALTH CARE NEEDS, WHICH INCLUDE VARIOUS SURGICAL INTERVENTIONS WITHIN THE NEXT THREE YEARS. | J | 12,260.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | BED, TV, STEREO, DINING ROOM, FURNITURE, ETC. | J | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | WEARING APPAREL | J | 800.00 |
| 7. Furs and jewelry. | | SMALL JEWELRY | J | 1,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | CHILD SUPPORT ARREARS OWED TO SPOUSE'S DAUGHTER, PROPOSED TO PAID THROUGH THE CHAPTER 13 PLAN OF CASE NO. 09-02021 (POC #7). LISTED FOR DISCLOSURE PURPOSES ONLY. | J | 5,091.04 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | AUTO: FORD F-150 2004. PAID & POSSESSED BY THIRD PARTY, FRANCISCO CARRILLO, EXT. LA RAMBLA 1364, CALLE CASTELLANA, PONCE PR 00731. STAY LIFTED BY STIPULATION. LISTED FOR DISCLOSURE PURPOSES. | J | 0.00 |
| | | AUTO: NISSAN ALTIMA 2008 | J | 16,000.00 |
| | | AUTO: TOYOTA COROLLA 2004 | J | 9,115.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

B6B (Official Form 6B) (12/07) - Cont.

IN RE MAYSONET ROSADO, VICTOR J. & PEREZ QUILES, VIVIAN M. _____  Case No. 09-04475 _____
                                                    Debtor(s)                                          (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 47,382.04 |

____0____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

IN RE MAYSONET ROSADO, VICTOR J. & PEREZ QUILES, VIVIAN M.     Case No. 09-04475
                                    Debtor(s)                                         (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| REAL PROPERTY: RESIDENCE LOCATED AT URB. BRISAS DEL MAR, STREET E-2 EA-13, LUQUILLO, PR 00773. DESCRIPTION: 3 BEDROOMS, 2 BATHROOMS, KITCHEN, LIVING ROOM, DINING ROOM, AND GARAGE. REFINANCED ON 2004 AT $113,000.00. APPRAISED ON $124,000.00. ACTUAL VALUE $140,000.00 AS PER OTHER PROPERTIES IN THE NEIGHBORHOOD. | 11 USC § 522(d)(1) | 18,000.00 | 140,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| BPPR ACCOUNT xxxxx40460 (CLOSED) BPPR ACCOUNT xxxxx4652 (HUSBAND'S) $1,000. DORAL BANK ACCOUNT xxxxxx1755 (WIFE'S) $116. | 11 USC § 522(d)(5) | 1,116.00 | 1,116.00 |
| CERTIFICATE OF DEPOSIT. THESE FUNDS ARE TO BE USED FOR WIFE'S HEALTH CARE NEEDS, WHICH INCLUDE VARIOUS SURGICAL INTERVENTIONS WITHIN THE NEXT THREE YEARS. | 11 USC § 522(d)(5) 11 USC § 522(d)(5) | 1,034.00 10,926.35 | 12,260.00 |
| BED, TV, STEREO, DINING ROOM, FURNITURE, ETC. | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |
| WEARING APPAREL | 11 USC § 522(d)(3) | 800.00 | 800.00 |
| SMALL JEWELRY | 11 USC § 522(d)(4) | 1,000.00 | 1,000.00 |
| CHILD SUPPORT ARREARS OWED TO SPOUSE'S DAUGHTER, PROPOSED TO PAID THROUGH THE CHAPTER 13 PLAN OF CASE NO. 09-02021 (POC #7). LISTED FOR DISCLOSURE PURPOSES ONLY. | 11 USC § 522(d)(5) | 5,091.04 | 5,091.04 |
| AUTO: TOYOTA COROLLA 2004 | 11 USC § 522(d)(2) 11 USC § 522(d)(5) | 6,450.00 2,665.00 | 9,115.00 |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| MAYSONET ROSADO, VICTOR J.<br>URB. BRISAS DEL MAR<br>EA-13 CALLE E2<br>LUQUILLO, PR 00773 | CHASE<br>PO BOX 90014<br>PALATINE, IL 60094-4014 | HOME DEPOT CREDIT SERVICES<br>PROCESSING CENTER<br>P.O. BOX 689100<br>DES MOINES, IA 50368-9100 |
| PEREZ QUILES, VIVIAN M.<br>URB. BRISAS DEL MAR<br>EA-13 CALLE E2<br>LUQUILLO, PR 00773 | CINGULAR WIRELESS<br>PO BOX 15067<br>SAN JUAN, PR 00902-8567 | PENTAGON FEDERAL CREDIT UNION<br>PO BOX 247080<br>OMAHA, NE 68124-7080 |
| JIMENEZ - QUINONES LAW OFFICES<br>268 Ave Ponce De Leon Suite 1118<br>San Juan, PR 00918 | CITI FINANCIAL<br>PO BOX 71587<br>SAN JUAN, PR 00936-8687 | PUERTO RICO TELEPHONE COMPANY<br>PO BOX 70239<br>SAN JUAN, PR 00936-8239 |
| ADVANCE AUTO PARTS<br>WESTERN AUTO<br>PO BOX 609<br>MEMPHIS, TN 38101-0609 | CITIFINANCIAL RETAIL SERVICES DE PR<br>PO BOX 71328<br>SAN JUAN, PR 00936-8428 | RELIABLE FINANCIAL SERVICES<br>PO BOX 21382<br>SAN JUAN, PR 00928-1382 |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07010-1270 | DEPARTAMENTO DE HACIENDA<br>OFICINA 424-B SECCION DE QUIEBRAS<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | VICTORIA SECRET CARD<br>PO BOX 859728<br>SAN ANTONIO, TX 78265-9728 |
| AMERICAN EXPRESS<br>PO BOX 1270<br>NEWARK, NJ 07101-1270 | FINGERHUT<br>PO BOX 166<br>NEWARK, NJ 07101-0166 | WALMART<br>PO BOX 530927<br>ATLANTA, GA 30353-0927 |
| BANCO POPULAR DE PR<br>MORTGAGE SERVICING DIVISION<br>PO BOX 71375<br>SAN JUAN, PR 00936-7077 | FIRST PREMIER BANK<br>PO BOX 5147<br>SIOUX FALLS, SD 57117-5147 | |
| BANCO POPULAR DE PR<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | FIRSTBANK PUERTO RICO<br>BANKCARD SERVICES<br>PO BOX 15719<br>WILMINGTON, DE 19886-5719 | |
| BANCO POPULAR DE PR<br>CARD PRODUCTS DIVISION<br>PO BOX 362708<br>SAN JUAN, PR 00936 | FORD MOTOR CREDIT<br>PO BOX 364189<br>SAN JUAN, PR 00936-4189 | |
| CENTENNIAL DE PR<br>PO BOX 71333<br>SAN JUAN, PR 00936-8433 | GORDONS'S JEWELERS<br>PO BOX 689182<br>DES MOINES, IA 50368-9182 | |