# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | VICTOR J MAYSONET ROSADO & VIVIAN M PEREZ QUILES | | |
| **Case Number:** | 09-04475-SEK13 | **Chapter:** | 13 |
| **Date / Time / Room:** | FRIDAY, AUGUST 14, 2009 08:30 AM   COURTROOM 1 | | |
| **Bankruptcy Judge:** | SARA DE JESUS | | |
| **Courtroom Clerk:** | DENNIS RODRIGUEZ | | |
| **Reporter / ECR:** | RITA MAYOR | | |

## *Matter:*

1) *CONF* CONFIRMATION OF PLAN DATED 08/08/2009
   R / M #:   18 / 0

2) *OTCONF* OBJECTION TO CONFIRMATION OF PLAN FILED BY BANCO POPULAR DE PUERTO RICO
   R / M #:   15 / 0
   **VACATED:**   new plan filed

## *Appearances:*

ROSAMAR GARCIA FOR ALEJANDRO OLIVERAS RIVERA, TRUSTEE
JOSE L JIMENEZ QUINONES, ATTORNEY FOR VICTOR J MAYSONET ROSADO, VIVIAN M PEREZ QUILES

## *Proceedings:*

PLAN WAS ORALLY AMENDED TO ELIMINATE FROM OTHER PROVISIONS ON NUMBER 2. THE WORD ANY DISPOSABLE INCOME.
PLAN DATED 08/08/2009 AS AMENDED IN OPEN COURT IS CONFIRMED. ORDER WILL BE ENTERED.